# EXHIBIT 2

STATE OF MARYLAND
**MARYLAND STATE POLICE**
1201 REISTERSTOWN ROAD
PIKESVILLE, MARYLAND 21208-3899
410-486-3101
TOLL FREE: 1-800-525-5555
TDD: 410-486-0677



COLONEL
WILLIAM M. PALLOZZI
SUPERINTENDENT

**PERSONAL AND CONFIDENTIAL**

**MEMORANDUM**

TO:   Trooper Probationer Ariana S. Esposito, ID #6573

FROM: Colonel William M. Pallozzi, Superintendent

DATE: May 21, 2015

The purpose of this memorandum is to inform you that you are being terminated from your probationary position as a Trooper Candidate with the Maryland State Police. The termination is effective the close of business on May 31, 2015. You will be placed in a suspended with pay status from May 21, 2015 until the effective date of your termination.

In accordance with §11-303 of the State Personnel and Pensions Article, you may appeal this termination to me in writing within 15 days of receipt of this memorandum. Your appeal must be based on the grounds that this action is illegal or unconstitutional. My decision on your appeal is the final administrative decision in this matter.

*"Maryland's Finest"*