Circuit Court of Maryland

Go Back Now

## Case Information

Court System: **Circuit Court for Baltimore County - Civil System**
Case Number: **03C16004328**
Title: **Esposito vs Maryland Dept Of State Police, et al**
Case Type: **Other Civil**  Filing Date: **04/21/2016**
Case Status: **Open/Active**

## Plaintiff/Petitioner Information

(Each Plaintiff/Petitioner is displayed below)
Party Type: **Plaintiff**  Party No.: **1**
Name: **Esposito, Ariana**
Address: **8411 Lilliam Lane**
City:     **Laurel**  State: **MD**  Zip Code: **20723**

*Attorney(s) for the Plaintiff/Petitioner*

Name:              **Glickson, Esq, Melanie L**
Appearance Date: **04/21/2016**
Practice Name:     **Glickson Law Firm L L C**
Address:           **6 Reservoir Circle**
                   **Suite 201**
City:              **Pikesville**  State: **MD**  Zip Code: **21208**
Name:              **Mosson, Esq, Gregg H**
Appearance Date: **04/21/2016**
Practice Name:     **Glickson Law Firm LLC**
Address:           **6 Reservoir Circle**
                   **Suite 201**
City:              **Pikesville**  State: **MD**  Zip Code: **21208**

## Defendant/Respondent Information

(Each Defendant/Respondent is displayed below)
Party Type: **Defendant**  Party No.: **1**
Business or Organization Name: **Maryland Dept Of State Police**
Address: **1201 Reisterstown Road**
City:     **Pikesville**  State: **MD**  Zip Code: **21208-3899**

Party Type: **Defendant**  Party No.: **2**
Business or Organization Name: **Colonel William M Pallozzi**
Address: **1201 Reisterstown Road**
City:     **Pikesville**  State: **MD**  Zip Code: **21208**

Party Type: **Defendant**  Party No.: **3**
Business or Organization Name: **Lieutenant Daniel Fairburn**
Address: **6852 4th Street**
City:     **Sykesville**  State: **MD**  Zip Code: **21784**

Party Type: **Defendant**  Party No.: **4**
Business or Organization Name: **Sergeant Diane T Hansen**
Address: **6852 4th Street**
City:     **Sykesville**  State: **MD**  Zip Code: **21784**

Party Type: **Defendant**  Party No.: **5**
Business or Organization Name: **Captain Scott Keyser**

Address: **6852 4th Street**
City:     **Sykesville** State: **MD** Zip Code: **21784**

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date:     **04/21/2016** Entered Date: **04/25/2016** Decision:
Party Type:     **Plaintiff** Party No.: **1**
Document Name: **Complaint for Violation of the Constitutional Right to Intimate Association with Request for Jury Trial**

Doc No./Seq No.: **2/0**
File Date:     **04/21/2016** Entered Date: **04/25/2016** Decision:
Party Type:     **Defendant** Party No.: **1**
Document Name: **Writ of Summons - Civil**

Doc No./Seq No.: **3/0**
File Date:     **06/16/2016** Entered Date: **06/28/2016** Decision:
Party Type:     **Plaintiff** Party No.: **1**
Document Name: **Summons Request to Reissue**

Doc No./Seq No.: **4/0**
File Date:     **06/28/2016** Entered Date: **06/28/2016** Decision:
Party Type:     **Defendant** Party No.: **1**
Document Name: **Writ of Summons - Civil**

Doc No./Seq No.: **5/0**
File Date:     **06/28/2016** Entered Date: **06/28/2016** Decision:
Party Type:     **Defendant** Party No.: **2**
Document Name: **Writ of Summons - Civil**

Doc No./Seq No.: **6/0**
File Date:     **06/28/2016** Entered Date: **06/28/2016** Decision:
Party Type:     **Defendant** Party No.: **3**
Document Name: **Writ of Summons - Civil**

Doc No./Seq No.: **7/0**
File Date:     **06/28/2016** Entered Date: **06/28/2016** Decision:
Party Type:     **Defendant** Party No.: **4**
Document Name: **Writ of Summons - Civil**

Doc No./Seq No.: **8/0**
File Date:     **06/28/2016** Entered Date: **06/28/2016** Decision:
Party Type:     **Defendant** Party No.: **5**
Document Name: **Writ of Summons - Civil**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*