IN THE UNITED STATES COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARIANA ESPOSITO<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND DEPARTMENT OF STATE, POLICE, *et al.*<br><br>Defendants. | Civil Action No. JKB-16-2586 |

## STIPULATION OF DISMISSAL

Pursuant to F.R.Civ.P. 41 (a)(1)(A)(ii), the parties hereby stipulate that this matter should be dismissed with prejudice, each side to bear its own costs.

_____/s/_____
Melanie L. Glickson
GLICKSON LAW FIRM, LLC
6 Reservoir Circle, Suite 201
Pikesville, MD 21208
443.550.1298
mlg@glicksonlaw.com
*Attorney for Plaintiff*

_____/s/_____
Phillip M. Pickus
(*signed by Melanie L. Glickson with permission of Phillip M. Pickus*)
Deputy Counsel
Office of the Attorney General
Maryland State Police
1201 Reisterstown Road
Baltimore, MD 21208
410.653.4293
Phillip.pickus@maryland.gov
*Attorney for Defendants*

SO ORDERED: /s/ James K. Bredar     10/17/16
United States District Judge

1